■ SALLIE A. KING, Respondent, v. MARVIN B. KING, Appellant.— In an action for divorce, defendant-husband appeals from so much of a judgment of the Supreme Court, Nassau County, entered July 26, 1971, as, after a nonjury trial, granted plaintiff a divorce, alimony, counsel fees and exclusive possession of certain dwelling premises, directed defendant to pay carrying charges on said premises, and dismissed defendant's counterclaims. Judgment modified, on the law, by adding a decretal paragraph thereto directing that the $7,500 counsel fee which was awarded therein to plaintiff shall be made payable to her, but that out of said payment she shall pay $2,500 to her attorneys. As so modified, judgment affirmed, with costs to plaintiff. The findings of fact below are affirmed. Since plaintiff has already advanced her counsel $5,000 and the total fee awarded is $7,500, defendant should pay plaintiff the $7,500 directly. From this sum she should remit to her attorneys $2,500, representing the balance of the counsel fee award under the judgment. Munder, Acting P. J., Martuscello, Latham, Gulotta and Christ, JJ., concur.

■ PATRICK J. LEVANTINO, as Receiver of the Rights and Assets of STANTON BRANNIN, Respondent, v. INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order of the Supreme Court, Suffolk County, entered October 28, 1971, affirmed insofar as appealed from. No opinion. Appeal from order of the same court, dated August 3, 1971, dismissed as academic. That order was superseded by the order entered October 28, 1971, which granted reargument. Respondent is awarded one bill of $20 costs and disbursements, to cover both appeals. Rabin, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.